B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Milagros Colon, Case No. 22-18993-SLM

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

J.P. Morgan Mortgage Acquisition Corp.
Name of Transferee

J.P. Morgan Mortgage Acquisition Corp.
Name of Transferor

Name and Address where notices to transferee should be sent:
Rushmore Servicing
PO Box 619096, Dallas, TX 75261-9741

Court Claim # (if known): 3
Amount of Claim: $87,047.16
Date Claim Filed: 01/18/2023

Phone: 877-888-4623
Last Four Digits of Acct #: 9557

Phone: 888-504-6700
Last Four Digits of Acct. #: 3529

Name and Address where transferee payments should be sent (if different from above):
Rushmore Servicing
PO Box 619094, Dallas, TX 75261-9741

Phone: 877-888-4623
Last Four Digits of Acct #: 9557

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sarah K. McCaffery, Esquire
Transferee/Transferee's Agent

Date: 10/18/2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Inst. # 2020009263 - Page 1 of 3

# Passaic County Document Summary Sheet

| | | |
|---|---|---|
| PASSAIC COUNTY CLERK<br><br>GRAND STREET<br>ROOM 113<br>PATERSON NJ 07501 | **Transaction Identification Number** | 4220496 3891236 |
| | **Return Address** *(for recorded documents)*<br>MERIDIAN ASSET SERVICES - API<br>3201 34TH ST S STE 310<br>ST PETERSBURG FL 33711 | |
| **Official Use Only** | **Submission Date** *(mm/dd/yyyy)* | 02/18/2020 |
| | **No. of Pages** *(excluding Summary Sheet)* | 1 |
| | **Recording Fee** *(excluding transfer tax)* | $40.00 |
| | **Realty Transfer Tax** | $0.00 |
| | **Total Amount** | $40.00 |
| | **Document Type** | ASSIGNMENT OF MORTGAGE |
| | **Electronic Recordation Level** | L2 - Level 2 (With Images) |
| | **Municipal Codes**<br>PASSAIC CITY | 07 |

DANIELLE IRELAND-IMHOF
CLERK
PASSAIC COUNTY
New Jersey

INSTRUMENT NUMBER
2020009263
RECORDED ON
Feb 19, 2020
9:10:17 AM
BOOK:AS698 PAGE:189
Total Pages: 3

| | |
|---|---|
| NJ PRESERVATION ACCOUNT | $10.00 |
| RECORDING FEES - RECORDER OF DEEDS | $30.00 |
| TOTAL PAID | $40.00 |

INV: 1367633 USER: SF

A30F21

**Additional Information (Official Use Only)**

** DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF PASSAIC COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

NOT CERTIFIED COPY

# Passaic County Document Summary Sheet

| | | | | | |
|---|---|---|---|---|---|
| ASSIGNMENT OF MORTGAGE | **Type** | ASSIGNMENT OF MORTGAGE | | | |
| | **Consideration** | | | | |
| | **Submitted By** | SIMPLIFILE, LLC. (SIMPLIFILE) | | | |
| | **Document Date** | 12/18/2019 | | | |
| | **Reference Info** | | | | |
| | **Book ID** | **Book** | **Beginning Page** | **Instrument No.** | **Recorded/File Date** |
| | | M10118 | 207 | 2008063519 | |

| | **Name** | **Address** |
|---|---|---|
| | ANGEL L COLON | |
| | MILAGROS COLON | |
| | BAYVIEW LOAN SERVICING LLC | |

| | **Name** | **Address** |
|---|---|---|
| | BAYVIEW DISPOSITIONS IVB LLC | |

| **Parcel Info** | | | | | |
|---|---|---|---|---|---|
| **Property Type** | **Tax Dist.** | **Block** | **Lot** | **Qualifier** | **Municipality** |
| | | | | | |

NOT CERTIFIED COPY

**** DO NOT REMOVE THIS PAGE.***
***COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF PASSAIC COUNTY FILING RECORD.***
***RETAIN THIS PAGE FOR FUTURE REFERENCE.***

DANIELLE IRELAND-IMHOF
CLERK
PASSAIC COUNTY
New Jersey
INSTRUMENT NUMBER
2020009263
RECORDED ON
Feb 19, 2020
9:10:17 AM
BOOK:AS698 PAGE:189
Total Pages: 3
PRESERVATION ACCOUNT $10.00
RECORDING FEES - $30.00
RECORDER OF DEEDS
TOTAL PAID $40.00
INV 1367633 USER: SF

**Recording Requested By:**
ESLOAN SOTOLONGO

**When Recorded Mail To:**
Meridian Asset Services, LLC, Attn: Doc Intake
3201 34th Street South Ste
Suite 310
St. Petesburg, FL, 33711

Loan #: [redacted]

# CORPORATE ASSIGNMENT OF MORTGAGE

NJ/PASSAIC

Assignment Prepared on: December 17, 2019

**Assignor: BAYVIEW LOAN SERVICING, LLC**, at 4425 PONCE DE LEON BLVD., SUITE #500, CORAL GABLES, FL, 33146

**Assignee: BAYVIEW DISPOSITIONS IVB, LLC**, at 4425 PONCE DE LEON BLVD., SUITE #500, CORAL GABLES, FL, 33146

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 10/24/2008, in the amount of $295,674.00, executed by ANGEL L. COLON AND MILAGROS COLON, HUSBAND AND WIFE AND ANGEL LOUIS COLON, A SINGEL MAN to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR SECURITY ATLANTIC MORTGAGE CO. INC. ITS SUCCESSOR'S AND ASSIGNS. Recorded: 11/7/2008, Instrument #: 2008063519, Book: M10118, Page: 207 in PASSAIC County, State of New Jersey. .

The property is located in the City of PASSAIC.
Property Address: 105 PARK PLACE, PASSAIC, NJ, 07055

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

BAYVIEW LOAN SERVICING, LLC

On: December 18, 2019

By: ______________________
Name: ESLOAN SOTOLONGO
Title: ASSISTANT VICE PRESIDENT

State of FLORIDA
County of MIAMI-DADE

On December 18, 2019, before me, Isabel Molina, a Notary Public in and for MIAMI-DADE in the State of FLORIDA, personally appeared ESLOAN SOTOLONGO, ASSISTANT VICE PRESIDENT, BAYVIEW LOAN SERVICING, LLC, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal,

______________________
Isabel Molina

Notary Expires: 5/7/2023 / #: GG 331968

ISABEL MOLINA
MY COMMISSION # GG 331968
EXPIRES: May 7, 2023
Bonded Thru Notary Public Underwriters

NJ/PASSAIC

NOT CERTIFIED COPY

# Passaic County Document Summary Sheet

PASSAIC COUNTY CLERK

GRAND STREET

ROOM 113

PATERSON NJ 07501

| | |
|---|---|
| **Transaction Identification Number** | 4220496 3891237 |
| **Return Address** *(for recorded documents)* | MERIDIAN ASSET SERVICES - API<br>3201 34TH ST S STE 310<br>ST PETERSBURG FL 33711 |
| **Submission Date** *(mm/dd/yyyy)* | 02/18/2020 |
| **No. of Pages** *(excluding Summary Sheet)* | 1 |
| **Recording Fee** *(excluding transfer tax)* | $40.00 |
| **Realty Transfer Tax** | $0.00 |
| **Total Amount** | $40.00 |
| **Document Type** | ASSIGNMENT OF MORTGAGE |
| **Electronic Recordation Level** | L2 - Level 2 (With Images) |
| **Municipal Codes** | PASSAIC CITY 07 |

**Official Use Only**

DANIELLE IRELAND-IMHOF
CLERK
PASSAIC COUNTY
New Jersey

INSTRUMENT NUMBER
2020009264
RECORDED ON
Feb 19, 2020
9:10:18 AM
BOOK:AS698 PAGE:192
Total Pages: 3

| | |
|---|---|
| NJ PRESERVATION ACCOUNT | $10.00 |
| RECORDING FEES - RECORDER OF DEEDS | $30.00 |
| TOTAL PAID | $40.00 |

INV: 1367633 USER: SF

A30F22

**Additional Information (Official Use Only)**

*** DO NOT REMOVE THIS PAGE.***
***COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF PASSAIC COUNTY FILING RECORD.***
***RETAIN THIS PAGE FOR FUTURE REFERENCE.***

NOT CERTIFIED COPY

# Passaic County Document Summary Sheet

ASSIGNMENT OF MORTGAGE

| | |
|---|---|
| **Type** | ASSIGNMENT OF MORTGAGE |
| **Consideration** | |
| **Submitted By** | SIMPLIFILE, LLC. (SIMPLIFILE) |
| **Document Date** | 12/18/2019 |

**Reference Info**

| Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|
| | M10118 | 207 | 2008063519 | |

| Name | Address |
|---|---|
| ANGEL L COLON | |
| MILAGROS COLON | |
| BAYVIEW DISPOSITIONS IVB LLC | |

| Name | Address |
|---|---|
| JP MORGAN MORTGAGE ACQUISITION CORP | |

**Parcel Info**

| Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
|---|---|---|---|---|---|
| | | | | | |

** DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF PASSAIC COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

NOT CERTIFIED COPY

DANIELLE IRELAND-IMHOF
CLERK
PASSAIC COUNTY
New Jersey
INSTRUMENT NUMBER
2020009264
RECORDED ON
Feb 19, 2020
9:10:18 AM
BOOK:AS698 PAGE:192
Total Pages: 3
PRESERVATION ACCOUNT $10.00
RECORDING FEES - $30.00
RECORDER OF DEEDS
TOTAL PAID $40.00
1367633 USER: SF

**Recording Requested By:**
ESLOAN SOTOLONGO

**When Recorded Mail To:**
Meridian Asset Services, LLC, Attn: Doc Intake
3201 34th Street South Ste
Suite 310
St. Petesburg, FL, 33711

Loan #: [redacted]

## CORPORATE ASSIGNMENT OF MORTGAGE

NJ/PASSAIC

Assignment Prepared on: December 17, 2019

**Assignor: BAYVIEW DISPOSITIONS IVB, LLC**, at 4425 PONCE DE LEON BLVD., SUITE #500, CORAL GABLES, FL, 33146

**Assignee: J.P. Morgan Mortgage Acquisition Corp.**, at 383 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY, 10179

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 10/24/2008, in the amount of $295,674.00, executed by ANGEL L. COLON AND MILAGROS COLON, HUSBAND AND WIFE AND ANGEL LOUIS COLON, A SINGEL MAN to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR SECURITY ATLANTIC MORTGAGE CO. INC. ITS SUCCESSOR'S AND ASSIGNS. Recorded: 11/7/2008, Instrument #: 2008063519, Book: M10118, Page: 207 in PASSAIC County, State of New Jersey.

The property is located in the City of PASSAIC.
Property Address: 105 PARK PLACE, PASSAIC, NJ, 07055

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

BAYVIEW DISPOSITIONS IVB, LLC

On: December 18, 2019

By:
Name: ESLOAN SOTOLONGO
Title: ASSISTANT VICE PRESIDENT

State of FLORIDA
County of MIAMI-DADE

On December 18, 2019, before me, Isabel Molina, a Notary Public in and for MIAMI-DADE in the State of FLORIDA, personally appeared ESLOAN SOTOLONGO, ASSISTANT VICE PRESIDENT, BAYVIEW DISPOSITIONS IVB, LLC, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal,

Isabel Molina

Notary Expires: 5/7/2023 / #: GG 331968

ISABEL MOLINA
MY COMMISSION # GG 331968
EXPIRES: May 7, 2023
Bonded Thru Notary Public Underwriters

NJ/PASSAIC

NOT CERTIFIED COPY

**09/14/2023**

[redacted]

**Rushmore Servicing™** PO Box 619097
Dallas, TX 75261

**OUR INFO**
ONLINE
**www.rushmoreservicing.com**

**YOUR INFO**
DEBTOR(S)
**MILAGROS COLON**
CASE NUMBER
[redacted]
LOAN NUMBER
[redacted]

PROPERTY ADDRESS
**105 PARK PL**
**PASSAIC, NJ 07055**

MILAGROS COLON
105 PARK PL
PASSAIC, NJ 07055

Dear MILAGROS COLON:

The servicing of your mortgage loan, that is, the right to collect payments from you, is being transferred from RUSHMORE LOAN MANAGEMENT SERVICES LLC to Rushmore Servicing effective 9/1/2023. The servicing of the mortgage loan will be handled by the Bankruptcy Department at Rushmore Servicing.

This transfer does not affect any term or condition of the mortgage instruments or applicable treatment in current bankruptcy proceedings, other than terms directly related to the servicing of your loan such as where to send your payments or make inquiries related to the mortgage loan.

Except in limited circumstances, the law requires that your prior servicer send you this notice at least 15 days before the effective date of transfer or at closing. Your new servicer must also send you a notice of the transfer no later than 15 days after this effective date or at closing.

Your prior servicer was RUSHMORE LOAN MANAGEMENT SERVICES LLC. If you have any questions relating to the transfer of servicing, please do not hesitate to contact their Customer Service Department at or via mail at , , .

Your new Servicer is Rushmore Servicing and your new loan number will be [redacted]. If you have any questions relating to the transfer of servicing to Rushmore Servicing, you may call the Bankruptcy Department at 877-888-4623 between the hours of Monday through Friday from 7 a.m. to 8 p.m. (CT). Please note the following important address information for the Bankruptcy Department at Rushmore Servicing:

Correspondence Address:
Rushmore Servicing
PO Box 619096
Dallas, TX 75261-9741

Payment Address:
Rushmore Servicing
PO Box 619094
Dallas, TX 75261-9741

Rushmore Servicing[SM] and Mr. Cooper® are brand names for Nationstar Mortgage LLC.
**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

EQUAL HOUSING OPPORTUNITY

Rushmore Servicing

The date that your prior servicer will stop accepting payments from you is 8/31/23. The date that your new servicer will start accepting payments from you is 9/1/2023. Send all payments due on or after that date to your new servicer.

If your bankruptcy plan requires you to make post-petition mortgage payments directly to the bankruptcy trustee, please continue to send the payments pursuant to the bankruptcy plan and not to the address above.

The transfer of the servicing of the mortgage loan will require you to contact all hazard and flood insurers to add Rushmore Servicing as loss payee with the below address and information. For escrow accounts, insurers need to send billing statements/invoices to Rushmore Servicing Loss Payee. Be sure to provide Rushmore Servicing with a copy of the Notice to the Insurance Provider.

Rushmore Servicing
Its Successors and/or Assigns
P.O. Box 7729
Springfield, OH 45501-7729

If your loan has optional insurance, your mortgage life insurance, disability insurance and/or other optional products will be discontinued at the time of transfer. If you wish to maintain coverage, you must contact your provider about direct billing. If your loan does not have optional products, and you wish to obtain them, you will need to contact an optional insurance provider.

If you were making payments to the prior servicer by means of automatic deduction or monthly reoccurrence of Western Union payments, this service will not continue with Rushmore Servicing due to the bankruptcy status of the loan. Once the loan is no longer in a bankruptcy status, you can set up automatic payments with Rushmore Servicing by contacting the Customer Service Department.

If you authorize your bank or credit union online bill payment system to automatically pay your mortgage payment, you will need to tell your bank or credit union to make those payments to Rushmore Servicing

If you are currently participating in, or being considered for, a foreclosure avoidance program or loan modification program, the prior servicer will be transferring to us any supporting documentation you may have submitted. Until the transfer date, you should continue to make your payments (i.e., trial payments, if attempting to qualify for a modification) to the prior servicer. After transfer, you should make all payments to **Rushmore Servicing** at the address above. Unless you have received a decision from the prior regarding qualification for these programs, decisions regarding qualification for these programs will be made by Rushmore Servicing. If you have received a decision from the prior servicer, we will be advised of that decision and will complete the processing of your workout, in accordance with that decision.

If your intention is to retain the property and you are interested in loss mitigation opportunities outside of the bankruptcy process, please contact our Bankruptcy Loss Mitigation representatives at 877-888-4623, Monday through Friday from 7 a.m. to 8 p.m. (CT). If you are represented by counsel in your bankruptcy proceeding, please be aware that we will need written authorization from your counsel to speak with you directly regarding available loss mitigation options.

Under federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late and a late fee may not be imposed.

Sincerely,

Rushmore Servicing

**Servicemembers Civil Relief Act Notice Disclosure**

**U.S. Department of Housing and Urban Development Office of Housing**

**OMB Approval No.** [redacted]
**Expire 11/30/2024**

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 39014043) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  Rushmore Servicing, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741

- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at https://legalassistance.law.af.mil/
- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www militaryonesource.mil/legal or call (800) 342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HLADIK, ONORATO & FEDERMAN, LLP
Sarah K. McCaffery, Esquire
Attorney for Movant
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
Attorneys for J.P. MORGAN MORTGAGE ACQUISITION CORP.

| | |
|---|---|
| In Re:<br><br>MILAGROS COLON | Case No: 22-18993-SLM<br><br>Hearing Date:<br><br>Chapter: 13<br><br>Judge: STACEY L. MEISEL |

**CERTIFICATION OF SERVICE**

1. I, Adam Frederick:

☐ represent the _______________________ in the above-captioned matter.

☒ am the secretary/paralegal for Hladik, Onorato & Federman, LLP, who represents J.P. MORGAN MORTGAGE ACQUISITION CORP., in the above captioned matter.

☐ am the __________________ in the above case and am representing myself.

2. On October 18, 2023 I sent a copy of the following pleadings and/or documents to the parties listed below:

Transfer of Claim

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 18, 2023 /s/ *Adam Frederick*
Adam Frederick

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Milagros Colon<br>105 Park Place<br>Passaic, NJ 07055 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other__________________<br>(as authorized by the court *) |
| Ralph A. Ferro, Jr.<br>66 East Main Street, 3rd Floor<br>Little Falls, NJ 07424 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other__________________<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other__________________<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.