RALPH A. FERRO, JR., ESQ.
66 EAST MAIN STREET - 3RD FLOOR
LITTLE FALLS, NJ 07424

Re: MILAGROS COLON
105 PARK PLACE
PASSAIC, NJ 07055

Atty: RALPH A. FERRO, JR., ESQ.
66 EAST MAIN STREET - 3RD FLOOR
LITTLE FALLS, NJ 07424

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
**Chapter 13 Case # 22-18993**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $70,381.00**

## RECEIPTS AS OF 01/01/2024

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/08/2022 | $1,000.00 | | 01/10/2023 | $1,000.00 | |
| 02/08/2023 | $1,000.00 | | 03/08/2023 | $1,000.00 | |
| 04/10/2023 | $1,000.00 | | 04/24/2023 | $207.00 | |
| 05/08/2023 | $1,000.00 | | 06/08/2023 | $1,000.00 | |
| 07/11/2023 | $1,000.00 | | 08/08/2023 | $1,000.00 | |
| 09/11/2023 | $1,000.00 | | 10/10/2023 | $1,000.00 | |
| 11/08/2023 | $1,000.00 | | 12/08/2023 | $1,000.00 | |

**Total Receipts: $13,207.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $13,207.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| RUSHMORE LOAN MANAGEMENT SERVICES | | | | | | |
| | 08/14/2023 | $454.69 | 915,191 | 09/18/2023 | $935.00 | 916,706 |
| | 10/16/2023 | $920.00 | 918,158 | | | |
| RUSHMORE SERVICING | | | | | | |
| | 11/13/2023 | $920.00 | 919,002 | 12/11/2023 | $920.00 | 920,427 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 931.38 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 8,205.93 | 100.00% | 8,205.93 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | HARTFORD INSURANCE COMPANY | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | UNITED STATES TREASURY/IRS | UNSECURED | 3,732.36 | * | 0.00 | |
| 0007 | RUSHMORE SERVICING | (NEW) Prepetition A | 55,108.45 | 100.00% | 4,149.69 | |
| 0009 | STATE OF NJ | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0011 | UNIVERSITY UROLOGY ASSOC | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 22-18993**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0012 | RUSHMORE SERVICING | (NEW) Paid in Full | 0.00 | 100.00% | 0.00 | |

**Total Paid: $13,287.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $13,207.00 - Paid to Claims: $4,149.69 - Admin Costs Paid: $9,137.31 = Funds on Hand: $920.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.