UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
HLADIK, ONORATO & FEDERMAN, LLP
Danielle Boyle-Ebersole, Esquire
Attorney for Movant
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
Attorneys for J.P. MORGAN MORTGAGE ACQUISITION CORP.

In Re:

Milagros Colon and Angel L. Colon
(Debtor and Non-Filing Co-Debtor

Case No.:  22-18993-SLM

Chapter:  13

Hearing Date:  06/12/2024 at 10:00am

Judge:  Stacey L. Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Motion for Relief regarding 105 Park Place, Passaic, NJ 07055
_____

Date: 06/10/2024

/s/ Danielle Boyle-Ebersole
Signature

*rev.8/1/15*