# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY
## NEWARK VICINAGE



Order Filed on July 23, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor
Milagros Colon

_____

| | |
|---|---|
| In Re: | ) Case No.:  22-18993 (SLM) |
| | ) |
| | ) Chapter:  13 |
| **Milagros Colon** | ) |
| | ) Judge:  Stacey L. Meisel |
| | ) |
| | ) Hearing Date:  7/16/24 @ 2:30 p.m. |
| _____Debtor_____ | ) |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 23, 2024**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Case No.: 22-18993 (SLM)

The applicant having certified that legal work for Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$2,055.00** for services rendered and expenses of **$28.11** for a total of **$2,083.11.** The allowance shall be payable:

  **X**     through the Chapter 13 Plan as an administrative priority.

  **X**     Plan Payments will increase:

- Current Plan payments are: $1,175.00
- Beginning July 1, 2024, Plan payments will increase to $1,226.00