## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### NEWARK VICINAGE



Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor
Milagros Colon

Order Filed on July 23, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

_____

| | |
|---|---|
| In Re: ) | Case No.:  22-18993 (SLM) |
| ) | |
| ) | Chapter:  13 |
| **Milagros Colon** ) | |
| ) | Judge:  Stacey L. Meisel |
| ) | |
| ) | Hearing Date:  7/16/24 @ 2:30 p.m. |
| _____Debtor____) | |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 23, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Case No.: 22-18993 (SLM)

The applicant having certified that legal work for Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$2,055.00** for services rendered and expenses of **$28.11** for a total of **$2,083.11.** The allowance shall be payable:

   **X**     through the Chapter 13 Plan as an administrative priority.

   **X**     Plan Payments will increase:

- Current Plan payments are: $1,175.00
- Beginning July 1, 2024, Plan payments will increase to $1,226.00

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-18993-SLM |
| Milagros Colon | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 23, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Milagros Colon, 105 Park Place, Passaic, NJ 07055-4933 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 25, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Danielle Boyle-Ebersole | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. dboyle-ebersole@hoflawgroup.com ckohn@hoflawgroup.com |
| Denise E. Carlon | on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. c/o Rushmore Loan Management Services LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Debtor Milagros Colon ralphferrojr@msn.com |
| Sarah K. McCaffery | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. smccaffery@pincuslaw.com ckohn@hoflawgroup.com |
| Sarah K. McCaffery | on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. c/o Rushmore Loan Management Services LLC |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 23, 2024 | Form ID: pdf903 | Total Noticed: 1

smccaffery@pincuslaw.com ckohn@hoflawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7