RALPH A. FERRO, JR., ESQ.
66 EAST MAIN STREET - 3RD FLOOR
LITTLE FALLS, NJ 07424

Re: MILAGROS COLON
105 PARK PLACE
PASSAIC, NJ 07055

Atty: RALPH A. FERRO, JR., ESQ.
66 EAST MAIN STREET - 3RD FLOOR
LITTLE FALLS, NJ 07424

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025**
**Chapter 13 Case # 22-18993**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $71,980.00**

## RECEIPTS AS OF 01/01/2025

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/08/2022 | $1,000.00 | | 01/10/2023 | $1,000.00 | |
| 02/08/2023 | $1,000.00 | | 03/08/2023 | $1,000.00 | |
| 04/10/2023 | $1,000.00 | | 04/24/2023 | $207.00 | |
| 05/08/2023 | $1,000.00 | | 06/08/2023 | $1,000.00 | |
| 07/11/2023 | $1,000.00 | | 08/08/2023 | $1,000.00 | |
| 09/11/2023 | $1,000.00 | | 10/10/2023 | $1,000.00 | |
| 11/08/2023 | $1,000.00 | | 12/08/2023 | $1,000.00 | |
| 01/09/2024 | $1,000.00 | | 02/08/2024 | $1,000.00 | |
| 03/08/2024 | $1,000.00 | | 04/08/2024 | $1,000.00 | |
| 05/08/2024 | $1,000.00 | | 05/14/2024 | $2,133.00 | |
| 06/10/2024 | $1,187.00 | | 07/09/2024 | $1,187.00 | |
| 08/08/2024 | $1,187.00 | | 09/10/2024 | $1,187.00 | |
| 10/08/2024 | $1,187.00 | | 11/08/2024 | $1,187.00 | |
| 12/09/2024 | $1,187.00 | | | | |

**Total Receipts: $28,649.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $28,649.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| RUSHMORE LOAN MANAGEMENT SERVICES | | | | | | |
| | 08/14/2023 | $454.69 | 915,191 | 09/18/2023 | $935.00 | 916,706 |
| | 10/16/2023 | $920.00 | 918,158 | | | |
| RUSHMORE SERVICING | | | | | | |
| | 11/13/2023 | $920.00 | 919,002 | 12/11/2023 | $920.00 | 920,427 |
| | 02/12/2024 | $1,840.00 | 923,157 | 03/11/2024 | $920.00 | 924,616 |
| | 04/15/2024 | $920.00 | 926,042 | 05/10/2024 | $920.00 | 927,527 |
| | 06/17/2024 | $971.29 | 928,920 | 07/15/2024 | $1,127.65 | 930,399 |
| | 08/19/2024 | $1,127.65 | 931,796 | 09/16/2024 | $1,127.65 | 933,271 |
| | 10/21/2024 | $1,115.78 | 934,644 | 11/18/2024 | $1,115.78 | 936,121 |

**Chapter 13 Case # 22-18993**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 12/16/2024 | $1,115.78 | 937,497 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,979.91 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 10,289.04 | 100.00% | 10,289.04 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | HARTFORD INSURANCE COMPANY | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | UNITED STATES TREASURY/IRS | UNSECURED | 3,732.36 | * | 0.00 | |
| 0007 | RUSHMORE SERVICING | (NEW) Prepetition A | 55,108.45 | 100.00% | 17,567.05 | |
| 0009 | STATE OF NJ | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0011 | UNIVERSITY UROLOGY ASSOC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | RUSHMORE SERVICING | (NEW) Paid in Full | 0.00 | 100.00% | 0.00 | |

**Total Paid: $29,836.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $28,649.00 - Paid to Claims: $17,567.05 - Admin Costs Paid: $12,268.95 = Funds on Hand: $0.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.