**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
NEWARK VICINAGE

Order Filed on October 3, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor
Milagros Colon

_____

| | |
|---|---|
| In Re: ) | Case No.:  22-18993 (SLM) |
| ) | |
| ) | Chapter:  13 |
| **Milagros Colon** ) | |
| ) | Judge:  Stacey L. Meisel |
| ) | |
| ) | |
| Debtor ) | |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 3, 2025**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Case No.: 22-18993 (SLM)

The applicant having certified that legal work for Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$885.00** for services rendered and expenses of **$8.53** for a total of **$893.53.** The allowance shall be payable:

  **X**    through the Chapter 13 Plan as an administrative priority.

  **X**    Plan Payments will increase:

- Current Plan payments are: $1,226.00
- Beginning October 1, 2025, Plan payments will increase to $1,265.00

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-18993-SLM |
| Milagros Colon | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2
Date Rcvd: Oct 03, 2025     Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2025:**

**Recip ID        Recipient Name and Address**
db            +  Milagros Colon, 105 Park Place, Passaic, NJ 07055-4933

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2025 at the address(es) listed below:

**Name**                    **Email Address**

Danielle Boyle-Ebersole
                            on behalf of Creditor JPMorgan Chase Bank  NA as Successor By Merger to J.P. Morgan Mortgage Acquisition Corp. dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com

Danielle Boyle-Ebersole
                            on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. dboyle-ebersole@hoflawgroup.com  ckohn@hoflawgroup.com

Denise E. Carlon
                            on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. c/o Rushmore Loan Management Services LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                            magecf@magtrustee.com

Ralph A Ferro, Jr
                            on behalf of Debtor Milagros Colon ralphferrojr@msn.com  bknotices@outlook.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 03, 2025 | Form ID: pdf903 | Total Noticed: 1

Sarah K. McCaffery

    on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. smccaffery@friedmanvartolo.com ckohn@hoflawgroup.com

Sarah K. McCaffery

    on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. c/o Rushmore Loan Management Services LLC smccaffery@friedmanvartolo.com ckohn@hoflawgroup.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8