| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>HLADIK, ONORATO & FEDERMAN, LLP<br>Danielle Boyle-Ebersole, Esquire<br>Attorney for Movant<br>298 Wissahickon Avenue<br>North Wales, PA 19454<br>(215) 855-9521<br>Attorney for JPMorgan Chase Bank, NA as Successor By Merger to J.P. Morgan Mortgage Acquisition Corp. | |
| In Re:<br><br>Milagros Colon and Angel L. Colon | Case No.:    22-18993-SLM<br><br>Chapter:    13_____<br><br>Hearing Date:  01/28/2026 at 10:00am<br><br>Judge:    Stacey L. Meisel |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Debtor has cured the post-petition arrearage is now current.

_____

Date: 01/23/2026                    /s/ Danielle Boyle-Ebersole
                                    Signature