**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

NEWARK VICINAGE

Order Filed on February 18, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor
Milagros Colon

_____

| | |
|---|---|
| In Re: | ) Case No.:  22-18993 (SLM) |
| | ) |
| | ) Chapter:  13 |
| **Milagros Colon** | ) |
| | ) Judge:  Stacey L. Meisel |
| | ) |
| | ) Hearing Date:  2/17/2026 @2:30pm |
| Debtor | ) |

_____

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 18, 2026**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Case No.: 22-18993 (SLM)

The applicant having certified that legal work for Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **<u>Ralph A. Ferro, Jr., Esq.,</u>** the applicant, is allowed a fee of **<u>$2,600.00</u>** for services rendered and expenses of **<u>$20.81</u>** for a total of **<u>$2,620.81.</u>** The allowance shall be payable:

**X**   through the Chapter 13 Plan as an administrative priority.

**X**   Plan Payments will increase:

- Current Plan payments are:  $1,265.00
- Beginning February 1, 2026, Plan payments will increase to $1,377.00.