**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
NEWARK VICINAGE

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor
Milagros Colon

Order Filed on February 18, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

_____

In Re:                         )    Case No.:  22-18993 (SLM)
                             )
                             )    Chapter:  13

**Milagros Colon**               )
                             )    Judge:  Stacey L. Meisel
                             )
                             )    Hearing Date:  2/17/2026 @2:30pm

_____Debtor_____ )

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 18, 2026**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 22-18993 (SLM)

The applicant having certified that legal work for Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$2,600.00** for services rendered and expenses of **$20.81** for a total of **$2,620.81.** The allowance shall be payable:

   **X**     through the Chapter 13 Plan as an administrative priority.

   **X**     Plan Payments will increase:

- Current Plan payments are:  $1,265.00
- Beginning February 1, 2026, Plan payments will increase to $1,377.00.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 22-18993-SLM

Milagros Colon                                                                                       Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 18, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Milagros Colon, 105 Park Place, Passaic, NJ 07055-4933 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Danielle Boyle-Ebersole | on behalf of Creditor JPMorgan Chase Bank  NA as Successor By Merger to J.P. Morgan Mortgage Acquisition Corp. dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. dboyle-ebersole@hoflawgroup.com  ckohn@hoflawgroup.com |
| Denise E. Carlon | on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. c/o Rushmore Loan Management Services LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Debtor Milagros Colon ralphferrojr@msn.com  bknotices@outlook.com |

District/off: 0312-2                              User: admin                                    Page 2 of 2
Date Rcvd: Feb 18, 2026                           Form ID: pdf903                                Total Noticed: 1

Sarah K. McCaffery

    on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. smccaffery@friedmanvartolo.com  ckohn@hoflawgroup.com

Sarah K. McCaffery

    on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. c/o Rushmore Loan Management Services LLC
    smccaffery@friedmanvartolo.com  ckohn@hoflawgroup.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8