UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HLADIK, ONORATO & FEDERMAN, LLP
Danielle Boyle-Ebersole, Esquire
Attorney for Movant
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
Attorney for JPMorgan Chase Bank, NA as
Successor By Merger to J.P. Morgan Mortgage
Acquisition Corp.

In Re:

Milagros Colon and Angel L. Colon
(Debtor and Non-Filing Co-Debtor)

Case No.: 22-18993-SLM

Chapter: 13

Hearing Date: 08/12/2026 at 10am

Judge: Stacey L. Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

■ Settled          ☐ Withdrawn

Matter: Motion for Relief - Consent Order to be submitted

_____

Date: 07/29/2026

/s/ Danielle Boyle-Ebersole
_____
Signature

*rev.8/1/15*