Ralph A. Ferro, Jr., Esq.(RF-2229)
Law Offices
66 East Main Street, 3rd Floor
Little Falls, NJ 07424
(973) 200-0988
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

|  |  |  |
|---|---|---|
| IN RE: | : | |
| | : | Case No.: 22-18993-SLM |
| Milagros Colon | : | |
| | : | |
| | : | Judge Stacey L. Meisel |
| | : | |
| | : | |
| | : | Chapter 13 |
| | : | |
| | : | Hearing Date: 9-1-26 at 2:30 pm |
| Debtor | : | |
| | : | |

**WITHDRAWAL OF DOCUMENT**

RALPH A. FERRO, JR., of full age, being duly sworn upon his oath, according to law, deposes and says:

1. I am the attorney for the above Debtor and as such I am familiar with the relevant facts herein.

2. By virtue of this document, I hereby withdraw the Application for Compensation filed as Document No. 74 on the ECF Docket.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Date: 7-30-26                                    /s/Ralph A. Ferro, Jr.
                                                 Ralph A. Ferro, Jr., Esq.
                                                 Attorney for Debtor