Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22–18993–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Milagros Colon
    105 Park Place
    Passaic, NJ 07055

Social Security No.:
    xxx–xx–1852

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:          9/1/26
Time:          02:30 PM
Location:      Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Ralph A Ferro Jr.

COMMISSION OR FEES
$1795.00

EXPENSES
$16.53

If this is a chapter 13 case, the fees and expenses awarded:

☑       will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☐       will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 30, 2026
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Milagros Colon

    Debtor

Case No. 22-18993-SLM

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2026 | Form ID: 137 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Milagros Colon, 105 Park Place, Passaic, NJ 07055-4933 |
| 519762753 | + | Angel L. Colon, 105 Park Place, Passaic, NJ 07055-4933 |
| 519762754 | + | Angel Louis Colon, 43 Morrell Place, Apt. 2, Garfield, NJ 07026-1221 |
| 519762757 | + | HUD, 451 7th Street SW, Washington, DC 20410-0002 |
| 519762760 | + | Romano Garubo & Argentieri, 52 Newton Avenue, Woodbury, NJ 08096-4610 |
| 519762762 | + | University Urology Assoc, 1515 Broad Street, Suite B 130, Bloomfield, NJ 07003-3085 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 30 2026 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 30 2026 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519762755 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 30 2026 21:33:00 | Community Loan Servicing, LLC, Customer Support Department, 4425 Ponce de Leon Blvd, Suite 300, Miami, FL 33146-1839 |
| 519762756 | + | Email/Text: bankruptcycollectionsunit@thehartford.com | Jul 30 2026 21:34:00 | Hartford Insurance Company, c/o Hartford Financial Services Group, 690 Asylum Avenue, Hartford, CT 06155-0002 |
| 519762758 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 30 2026 21:34:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 520056967 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 30 2026 21:33:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 520056968 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 30 2026 21:33:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741, J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing 75261-9096 |
| 519782970 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 30 2026 21:33:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619 |
| 519762759 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 30 2026 21:33:07 | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 519762761 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 30 2026 21:33:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |

TOTAL: 10

# BYPASSED RECIPIENTS

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 30, 2026 | Form ID: 137 | Total Noticed: 16

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520062027 | *+ | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 520062028 | *+ | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741, J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing 75261-9096 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Danielle Boyle-Ebersole | on behalf of Creditor JPMorgan Chase Bank  NA as Successor By Merger to J.P. Morgan Mortgage Acquisition Corp. dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. dboyle-ebersole@hoflawgroup.com  ckohn@hoflawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. c/o Rushmore Loan Management Services LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Ralph A Ferro, Jr | on behalf of Debtor Milagros Colon ralphferrojr@msn.com  bknotices@outlook.com |
| Sarah K. McCaffery | on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. c/o Rushmore Loan Management Services LLC smccaffery@friedmanvartolo.com  ckohn@hoflawgroup.com |
| Sarah K. McCaffery | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. smccaffery@friedmanvartolo.com  ckohn@hoflawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8