UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
HLADIK, ONORATO & FEDERMAN, LLP
Danielle Boyle-Ebersole, Esquire
Attorney for Movant
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
Attorney for JPMorgan Chase Bank, NA as Successor By Merger to
J.P. Morgan Mortgage Acquisition Corp.

In Re:

Milagros Colon and Angel L. Colon
*(Debtor and Non-Filing Co-Debtor)*

**Order Filed on August 5, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Case No: 22-18993-SLM

Hearing Date: 08/12/2026 at 10:00am

Chapter: 13

Judge: Stacey L. Meisel

---

Recommended Local Form    ☐   Followed    ⌘   Modified

---

### ORDER RESOLVING MOTION TO VACATE STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED**.

**DATED: August 5, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

|  |  |
|---|---|
| Applicant: | <u>J.P. MORGAN CHASE BANK, N.A., AS SUCCESSOR BY MERGER TO J.P. MORGAN MORTGAGE ACQUISITION CORP.</u> |
| Applicant's Counsel: | <u>DANIELLE BOYLE-EBERSOLE, ESQ.</u> |
| Debtor's Counsel: | <u>RALPH A. FERRO, JR., ESQ.</u> |
| Property Involved ("Collateral"): | <u>105 PARK PLACE, PASSAIC, NJ 07055</u> |
| Relief sought: | X     Motion for relief from the automatic stay and co-debtor stay |

☐     Motion to dismiss

☐     Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.    Status of post-petition arrearages:

☐    The Debtor is overdue for _____ months, from _____ to _____.

☐    The Debtor is overdue for _____ payments at $_____ per month.

☐    The Debtor is assessed for _____ late charges at $_____per month.

☐    Applicant acknowledges receipt of funds, in the amount of $<u>11,679.54,</u> received after the motion was filed, on July 10, 2026. There is currently $1,533.12 in suspense after application of the funds received.

Total Arrearages Due  <u>$0.00</u>.

2.    Debtor must cure all post-petition arrearages, as follows:

☐    Immediate payment shall be made in the amount of $_____. Payment shall be made no later than _____.

X    Beginning on <u>August 1, 2026</u>, regular monthly mortgage payments shall continue to be made in the amount of $<u>2,434.92</u>.

☐    Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

2

☐   The amount of $ _____ shall be capitalized in the debtor's Chapter 13 plan.  The debtor's monthly payment to the Chapter 13 Trustee is modified to be $ _____ per month.

3.   Payments to the Secured Creditor shall be made to the following address(es):

☐   Immediate payment:  _____

_____

_____

X   Regular monthly payment:   RUSHMORE SERVICING
PO BOX 619094
DALLAS, TX 75261

☐   Monthly cure payment:   _____

_____

_____

4.   In the event of Default:

X   If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐   If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

3

5.    Award of Attorneys' Fees:

   X   The Applicant is awarded attorney's fees of $1,350.00, and costs of $199.00.

      The fees and costs are payable:

      ☐  to the Secured Creditor within _____ days.
      ☐  through the Chapter 13 Plan.
      X   Attorney's fees and costs have been paid on July 10, 2026.

   ☐  Attorneys' fees are not awarded.

/s/ Danielle Boyle-Ebersole
_____          _____
Danielle Boyle-Ebersole, Esquire          Ralph A. Ferro, Jr., Esquire
Counsel for Creditor                      Counsel for Debtor

Date: 7/29/2026                           Date: 7-28-26

*rev.1/12/22*

4

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 22-18993-SLM

Milagros Colon                                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 05, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

**Recip ID**         **Recipient Name and Address**
db           + Milagros Colon, 105 Park Place, Passaic, NJ 07055-4933

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Danielle Boyle-Ebersole | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. dboyle-ebersole@hoflawgroup.com  ckohn@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor JPMorgan Chase Bank  NA as Successor By Merger to J.P. Morgan Mortgage Acquisition Corp. dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. c/o Rushmore Loan Management Services LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Ralph A Ferro, Jr | on behalf of Debtor Milagros Colon ralphferrojr@msn.com  bknotices@outlook.com |

District/off: 0312-2                          User: admin                                Page 2 of 2
Date Rcvd: Aug 05, 2026                    Form ID: pdf903                        Total Noticed: 1

Sarah K. McCaffery

on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. smccaffery@friedmanvartolo.com  ckohn@hoflawgroup.com

Sarah K. McCaffery

on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. c/o Rushmore Loan Management Services LLC smccaffery@friedmanvartolo.com  ckohn@hoflawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8