**UNITED STATES BANKRUPTCY CO**
**DISTRICT OF NEW JERSEY**
NEWARK VICINAGE

**Order Filed on September 2, 2026**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ 07424
(973) 200-0988
Attorney for Debtor
Milagros Colon

| | |
|---|---|
| In Re: | Case No.: 22-18993 (SLM) |
| | Chapter: 13 |
| **Milagros Colon** | |
| | Judge: Stacey L. Meisel |
| | Hearing Date: 9/1/2026 2:30 P.M. |
| Debtor | |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 2, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work for Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$1,795.00** for services rendered and expenses of **$16.53** for a total of **$1,811.53** The allowance shall be payable:

**_X_** through the Chapter 13 Plan as an administrative priority.

**_X_** Plan Payments will increase:

- Current Plan payments are: $1,377.00
- Beginning September 1, 2026, Plan payments will increase to $1,511.00.