**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
NEWARK VICINAGE

**Order Filed on September 2, 2026**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ 07424
(973) 200-0988
Attorney for Debtor
Milagros Colon

| | |
|---|---|
| In Re: | Case No.: 22-18993 (SLM) |
| | Chapter: 13 |
| **Milagros Colon** | |
| | Judge: Stacey L. Meisel |
| | Hearing Date: 9/1/2026 2:30 P.M. |
| Debtor | |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 2, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work for Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$1,795.00** for services rendered and expenses of **$16.53** for a total of **$1,811.53** The allowance shall be payable:

**X** through the Chapter 13 Plan as an administrative priority.

**X** Plan Payments will increase:

- Current Plan payments are: $1,377.00
- Beginning September 1, 2026, Plan payments will increase to $1,511.00.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 22-18993-SLM
Milagros Colon Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2
Date Rcvd: Sep 02, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Milagros Colon, 105 Park Place, Passaic, NJ 07055-4933 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Danielle Boyle-Ebersole | on behalf of Creditor JPMorgan Chase Bank NA as Successor By Merger to J.P. Morgan Mortgage Acquisition Corp. dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. dboyle-ebersole@hoflawgroup.com ckohn@hoflawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. c/o Rushmore Loan Management Services LLC bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Ralph A Ferro, Jr | on behalf of Debtor Milagros Colon ralphferrojr@msn.com bknotices@outlook.com |

| | |
|---|---|
| Sarah K. McCaffery | on behalf of Creditor J.P. MORGAN MORTGAGE ACQUISITION CORP. c/o Rushmore Loan Management Services LLC smccaffery@friedmanvartolo.com ckohn@hoflawgroup.com |
| Sarah K. McCaffery | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. smccaffery@friedmanvartolo.com ckohn@hoflawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8